

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice (not participating)
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On October 31, 2021, appellant filed an "Emergency Motion to Postpone Hearing on Motion for En Banc Reconsideration." Appellant's motion asked the en banc court to postpone its consideration of appellant's October 21, 2021 motion for en banc reconsideration until after the court resolved: (1) appellant's previously filed motions to recuse the panel that decided this case; and (2) issues raised in appellant's October 30, 2021 motion seeking sanctions against appellee.

By orders dated November 2, 2021 and November 10, 2021, the court denied appellant's motions to recuse the panel. By orders dated November 23, 2021, the court denied appellant's motion for sanctions and his motion for reconsideration en banc. Accordingly, appellant's "Emergency Motion to Postpone Hearing on Motion for En Banc Reconsideration" is **DENIED AS MOOT**.